# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**REBECCA CASTILLO,**

    **Plaintiff,**

                              **Civil Action 2:17-cv-841**
                              **Chief Judge Edmund A. Sargus**
    **v.**                          **Magistrate Judge Chelsey M. Vascura**

**WHITE CASTLE MANAGEMENT COMPANY,**

    **Defendant.**

## NOTICE

**PROCEEDING:**    **PRELIMINARY PRETRIAL CONFERENCE**
**PLACE:**                **ROOM 172**
                              Kinneary U.S. Courthouse
                              85 Marconi Blvd.
                              Columbus, OH 43215
**DATE/TIME:**         **FEBRUARY 21, 2018 at 1:30 P.M.**
**PLEASE NOTE:**

      1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov   Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."

      2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

      3.  If all parties agree, the parties may request that the conference be conducted by telephone.  The Court will only conduct the conference by telephone if all parties participate by phone.  If counsel so agree, they shall notify the undersigned.  The parties must initiate the conference call to 614-719-3410.

      4. Parties or principals are welcome, but not required, to attend the conference.

                                                 /s/ *Allison Moran*
                                                 Allison Moran, Courtroom Deputy
                                                 Allison_Moran@ohsd.uscourts.gov
                                                 614-719-3411